UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| M. NORMAN HAMMERLORD, | No. 24-1095 |
| Plaintiff - Appellant, | D.C. No. 3:23-cv-00663-JO-KSC Southern District of California, San Diego |
| v. | |
| MARA W. ELLIOTT, San Diego City Attorney and TODD GLORIA, San Diego City Mayor, | ORDER |
| Defendants - Appellees. | |

On June 26, 2024, the district court granted appellant's February 22, 2024 motion. This appeal will move forward based on appellant's February 22, 2024, notice of appeal.

The opening brief was filed on March 18, 2024. Because there is no appearance by appellees, briefing is complete. Appellant's motion for appointment of counsel and all other pending motions will be addressed by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT