**M Norman Hammerlord**
3955 Park Blvd      #303
San Diego      92103
        (619) 807-4218
        m1831@att.net

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 15 2024

FILED
DOCKETED
            DATE        INITIAL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M NORMAN HAMMERLORD,** ) | **DISTRICT COURT CASE NO:** |
| ) | |
| Plaintiff, ) | **3:23-cv-00663-JO-KSC** |
| ) | |
| versus ) | **APPEALS COURT CASE N0:** |
| ) | |
| **MARA W ELLIOT,** ) | **24-1095** |
| San Diego City Attorney, ) | |
| ) | **INQUIRY OF STATUS ON** |
| **TODD GLORIA,** ) | **PENDING CASE** |
| San Diego City Mayor, ) | |
| ) | |
| Defendant(s) ) | |
| ) | |

Now comes Plaintiff M Norman Hammerlord seeking to inquire on the status of his pending case. Please advise.

Signed: _M. Hammer_          Dated: 10 OCT 24

**INQUIRY OF STATUS ON PENDING CASE**