UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

OCT 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| M. NORMAN HAMMERLORD,<br><br>Plaintiff - Appellant,<br><br> v.<br><br>MARA W. ELLIOTT, San Diego City Attorney and TODD GLORIA, San Diego City Mayor,<br><br>Defendants - Appellees. | No. 24-1095<br><br>D.C. No. 3:23-cv-00663-JO-KSC<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:    SILVERMAN, TALLMAN, and BUMATAY, Circuit Judges.

The petition (Docket Entry No. 13) for panel rehearing is denied.

The motion (Docket Entry No. 13) to stay the mandate is denied. *See* Fed.

R. App. P. 41(b).  The mandate will issue in due course.

No further filings will be entertained in this closed case.