UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

M. NORMAN HAMMERLORD,

Plaintiff - Appellant,

v.

MARA W. ELLIOTT, San Diego City Attorney and TODD GLORIA, San Diego City Mayor,

Defendants - Appellees.

No. 24-1095

D.C. No.
3:23-cv-00663-JO-KSC

Southern District of California, San Diego

MANDATE

The judgment of this Court, entered July 17, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT