# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

January 29, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

     Re:  M. Norman Hammerlord
           v. Heather Ferbert, San Diego City Attorney, et al.
           No. 25-6671
           (Your No. 24-1095)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 5, 2026 and placed on the docket January 29, 2026 as No. 25-6671.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst